IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01670-WYD-BNB

BIRSEN ROMERO,

Plaintiff,

v.

SAM'S CLUB, et al.,

Defendants.

_____

**ORDER**
_____

This matter arises on several letters (the "Letters") filed by the plaintiff [Docs. #11, #12, and #13]. The Letters are STRICKEN.

The plaintiff is proceeding *pro se*, and I must liberally construe his papers. Haines v. Kerner, 404 U.S. 519, 520-21 (1972). I cannot act as advocate for a *pro se* litigant, however, who must comply with the fundamental requirements of the Federal Rules of Civil Procedure. Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).

The Letters are inappropriate for several reasons. One Letter is addressed to me; the others are addressed to "Dear Judge." The local rules of this Court prohibit ex parte communication with judicial officers:

> In the absence of previous authorization, no attorney or party to any proceeding shall send letters, pleadings or other papers or copies directly to a judicial officer. Unless otherwise instructed, all matters to be called to a judicial officer's attention shall be submitted through the clerk, with copies served on all other parties or their attorneys.

D.C.COLO.LCivR 77.2.

The plaintiff does not certify that he served a copy of the Letters on counsel for the defendants. Copies of papers filed in this court must be served on counsel for all other parties (or directly on any party acting *pro se*) in compliance with Fed. R. Civ. P. 5. Rule 5 provides that all pleadings filed after the original complaint and all written motions, notices, demands, or any similar paper must be served on every party. Fed. R. Civ. P. 5(a). "If a party is represented by an attorney, service under this rule must be made on the attorney . . . ." Fed. R. Civ. P. 5(b). Service upon other parties may be by mail. Id. Proof that service has been made is provided by a certificate of service. Id. at 5(d). This certificate should be filed along with the original papers and should show the day and manner of service. Id.

Two of the Letters seek advice on how to proceed with the case. I do not provide advice to the parties. Moreover, "a request for a court order must be made by motion." Fed. R. Civ. P. 7(b)(1). The plaintiff may not seek relief through letters. All requests must be made in the form of a motion, and the request must be titled as a motion.[1]

The remaining Letter seeks "some time, to fine [sic] another attorney to help me." The plaintiff does not specify the amount of time he needs. The Federal Rules of Civil Procedure provide that a request for a court order must "state with particularity the grounds for seeking the order" and must "state the relief sought." Fed. R. Civ. P. 7(b)(1)(B) and (C).

IT IS ORDERED:

(1) The Letters [Docs. #11, #12, and #13] are STRICKEN;

---

[1] Doc. #13 is loosely formatted as a motion. However, the caption is incomplete and the body is a letter addressed to "Dear Judge."

(2)  All future applications to the court for relief shall be submitted in the form of motions in compliance with Rule 7;

(3)  All papers shall be served on counsel for the defendants in accordance with Rule 5 and shall be accompanied by a proper Certificate of Service; and

(4)  Failure to comply with this order may result in sanctions, including dismissal of this case.

Dated September 20, 2011.

BY THE COURT:

s/ Boyd N. Boland  
United States Magistrate Judge