IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01670-WYD-BNB

BIRSEN ROMERO,

Plaintiff,

v.

SAM'S CLUB, et al.,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The plaintiff is proceeding pro se, and at the conference she requested a brief extension of time to attempt to engage counsel. I am informed that the plaintiff has contacted a lawyer and is meeting with the lawyer next week. Although I will continue the scheduling conference briefly to allow the plaintiff an opportunity to engage counsel, I caution her that failure of counsel to enter an appearance will not be grounds for further extensions and that the plaintiff will be personally responsible for complying with all court orders and time limitations established by any applicable rules if counsel does not appear on her behalf.

IT IS ORDERED that a supplemental scheduling conference is set for **November 3, 2011, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated September 30, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge