IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01670-RBJ-BNB

BIRSEN ROMERO,

Plaintiff,

v.

SAM'S CLUB, et al.,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion for Leave to Amend Complaint** [Doc. # 35, filed 12/20/2011] (the "Motion to Amend").[1]  I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Amend [Doc. # 35] is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 35-1].

(2) The parties' oral motion to vacate the settlement conference set for January 26, 2012, at 10:00 a.m., is GRANTED, and the settlement conference is VACATED.

---

[1] The Motion to Amend has been supplemented by the Corrected Motion for Leave to Amend Complaint [Doc. # 38, filed 12/21/2011] (the "Corrected Motion to Amend").  This order resolves all matters raised in both the Motion to Amend and the Corrected Motion to Amend.

Dated January 13, 2012.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge