IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01670-RBJ-BNB

BIRSEN ROMERO,

Plaintiff,

v.

SAM'S WEST, INC.,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed final pretrial order was refused because the plaintiff had failed to provide a summary of her claims, a list of witnesses with a summary of their anticipated testimony, and a list of anticipated exhibits.

IT IS ORDERED:

(1) On or before **June 8, 2012**, the plaintiff shall provide to defense counsel all of the plaintiff's information necessary to complete the proposed final pretrial order;

(2) The plaintiff shall meet with defense counsel at his office on **June 11, 2012, at 2:00 p.m.**, to review the proposed final pretrial order, make any changes necessary, and approve its submission to the court;

(3) On or before **June 12, 2012**, defense counsel shall cause the proposed final pretrial order to be submitted to the court electronically; and

(4)     A supplemental final pretrial conference is set for **June 14, 2012, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated May 31, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge