IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01670-RBJ-BNB

BIRSEN ROMERO,

    Plaintiff,

v.

SAM'S WEST, INC.,

    Defendant.

---

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice [Docket #86], signed by the Plaintiff and counsel for the Defendant, and the Court being advised of the premises,

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear his/her or its own attorneys' fees and costs.

DATED this 21st day of June, 2012.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge